**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **THOMAS ADAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | |
| ) | No.    02 C 8700 |
| **RICHARD CATRAMBONE and** ) | |
| **GREAT LAKES BUILDING** ) | **Magistrate Judge Maria Valdez** |
| **MATERIALS, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF MOTION**

To:  Attached Service List

    **PLEASE TAKE NOTICE** that on September 21, 2011 at 9:45 a.m., or as soon thereafter as counsel shall be heard, we will appear before the Honorable Magistrate Judge Maria Valdez presiding in Room 1300, of the 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Petition for Preliminary Injunction Land Trust and Plaintiff's Petition to Cancel Fraudulent Transfer as to Land Trust,** copies of which accompany this notice.

    I certify that on September 16, 2011, the foregoing Plaintiff's, Notice of Motion and Motion were filed electronically with the Court. Notice of this filing will be accomplished pursuant to ECF as to Filing Users and shall comply with Local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User. Parties may access this filing through the Court's system.

                                          By: *s/ Carlton Odim*
                                                Carlton Odim

Odim Law Offices
225 West Washington Street, #2200
Chicago, Illinois 60606
(312) 578-9390 - Tel
(312) 578-9395 - Fax
carlton@odimlaw.com

SERVICE LIST

1. Richard Catrambone
   10756 Wentworth Drive
   Naperville, IL 60564

2. Lorraine Catrambone
   10756 Wentworth Drive
   Naperville, IL 60564

3. Chicago Title Land Trust Company
   c/o David Lanciotti, General Counsel
   171 North Clark Street
   Suite 575
   Chicago, IL 60606