**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOMAS ADAMS, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>RICHARD CATRAMBONE and )<br>GREAT LAKES BUILDING )<br>MATERIALS, INC., )<br>)<br>Defendants. ) | No.    02 C 8700<br><br>Magistrate Judge Maria Valdez |

**NOTICE OF MOTION**

To: Attached Service List

    **PLEASE TAKE NOTICE** that on September 21, 2011 at 9:45 a.m., or as soon thereafter as counsel shall be heard, we will appear before the Honorable Magistrate Judge Maria Valdez presiding in Room 1300, of the 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Petition for Preliminary Injunction as to Trucking Companies, Plaintiff's Petition to Cancel Fraudulent Transfer as to Trucking Companies, and Plaintiff's Combined Memorandum of Law,** copies of which accompany this notice.

    I certify that on September 16, 2011, the foregoing Plaintiff's, Notice of Motion and Motion were filed electronically with the Court. Notice of this filing will be accomplished pursuant to ECF as to Filing Users and shall comply with Local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User. Parties may access this filing through the Court's system.

                                            By: *s/ Carlton Odim*
                                                     Carlton Odim

Odim Law Offices
225 West Washington Street, #2200
Chicago, Illinois 60606
(312) 578-9390 - Tel
(312) 578-9395 - Fax
carlton@odimlaw.com

SERVICE LIST

1. Richard Catrambone
   10756 Wentworth Drive
   Naperville, IL 60564

   (Individually and as President of Summit Express, Inc.)

2. Lorraine Catrambone
   10756 Wentworth Drive
   Naperville, IL 60564

   (Individually and as President of SG North LLC)

3. Denise Catrambone Gray aka Denise Gray
   President of Sum Exp, Inc.
   10031 Cummings Street
   Huntley, IL 60142

   (Individually and as President of Sum Exp, Inc)

4. Joseph Francis Bigane, III
   Registered Agent
   SG North, LLC and
   SG West, LLC
   2100 Clearwater Dr
   Suite 300
   Oak Brook, IL 60523

   (As registered agent for SG North LLC and SG West LLC

5. Lisa Catrambone Jacobson aka Lisa Jacobson
   1070 Pearlman Drive
   Lake Zurich, IL 60047

   (Individually and as registered agent for Sum Exp, Inc.)