

**EXHIBIT H**





**SG NORTH, LLC**
P.O. Box 4255
Naperville, IL 60567-4255

1573

70-311-719

***Three Hundred Thirty-Nine & 30/100 Dollars

PAY TO THE ORDER OF

Genworth Life and Annuity Ins Co
P.O. Box 79314
Baltimore, MD 21279-0314

DATE 11/26/10
AMOUNT $339.30

United Central Bank
2800 W. 79th St.
Aurora, IL 60084
(904) 499-8900

*Unregistered Image*
AUTHORIZED SIGNATURE

⌐ Security features. Details on back.

⑆001573⑆ ⑈071903110⑈ 1103043673⑆

Lockbox: 3319  Deposit Date: 12/02/2010  Batch: 3  Transaction ID: 219  Chk Seq: 219
R/T#: 071903110  Acct#: 1103043673  Serial#: 001573  Amt: $339.30

From: Genworth Financial    AUG-10-2011(WED) 08:24    43494858119    P. 005

Rx Date/Time  08/10/2011 10:28  #029 P.005/027



From:Genworth Financial     AUG-10-2011(WED) 08:24      43494985819                08/10/2011 10:29    #029 P.006/027      P.006      Rx Date/Time

**S.G. NORTH, LLC**
P.O. BOX 4225
NAPERVILLE, IL 60567-4225

1474
70-311-719

***Three Hundred Thirty-Nine & 30/100 Dollars

PAY TO THE ORDER OF

Genworth Life and Annuity Ins Co
P.O. Box 79314
Baltimore, MD 21279-0314

Mutual Bank

DATE 06/21/10
AMOUNT $339.30

*AUTHORIZED SIGNATURE*

⑆ Security features. Details on back.

"001474"  ⑆071903110⑆  1103043673"

Lockbox: 3319  Deposit Date: 06/24/2010  Batch: 1  Transaction ID: 82  Chk Seq: 82
R/T#: 071903110  Acct#: 1103043673  Serial#: 001474  Amt: $339.30

Unregistered ImgXi



**S.G. NORTH, LLC**
P.O. BOX 4225
NAPERVILLE, IL 60567-4225

70-311-719

**MUTUAL BANK**

1426

***Three Hundred Thirty-Nine & 30/100 Dollars

PAY TO THE ORDER OF

Genworth Life and Annuity Ins Co
P.O. Box 79314
Baltimore, MD 21279-0314

DATE 04/04/10

AMOUNT $339.30

AUTHORIZED SIGNATURE

Security features. Details on back.

"001426"  :071903110:  1103043673"

Lockbox: 3319  Deposit Date: 04/08/2010  Batch: 17  Transaction ID: 185  Chk Seq: 185
R/T#: 071903110  Acct#: 1103043673  Serial#: 001426  Amt: $339.30
Unregistered ImgX!

Rx Date/Time  AUG-10-2011(WED) 08:24  4349485819  P. 008
From:Genworth Financial  4349485819  08/10/2011 10:30  #029 P. 008/027

DATE=12/28/2009 SEQUENCE=48867309
Account=1103043673 P/C=1366 Amount=$339.30

```
                                                        1366
S.G. NORTH, LLC          MUTUAL BANK                    1366
P.O. BOX 4225
NAPERVILLE, IL 60567-4225
                         70-311-719

***Three Hundred Thirty-Nine & 30/100 Dollars

                                    DATE         AMOUNT
                                    12/21/09     $339.30
PAY
TO THE
ORDER
OF    Genworth Life and Annuity Ins Co
      P.O. Box 79314
      Baltimore, MD 21279-0314         Louxine Pitx
                                          AUTHORIZED SIGNATURE

"001366"  :071903110:  1103043673"       "000000033930"
```

4800867309

DATE=09/28/2009 SEQUENCE=47225778
Account=1103043673 P/C=1306 Amount=$339.30

---

**S.G. NORTH, LLC**
P.O. BOX 4225
NAPERVILLE, IL 60567-4225

**MUTUAL BANK**

1306

70-311-719

***Three Hundred Thirty-Nine & 30/100 Dollars

| DATE | AMOUNT |
|---|---|
| 09/25/09 | $339.30 |

PAY TO THE ORDER OF

Genworth Life and Annuity Ins Co
P.O. Box 79314
Baltimore, MD 21279-0314

*Lorraine Catra*
AUTHORIZED SIGNATURE

⑈001306⑈ ⑉071903110⑈ 1103043673⑈ ⑈0000033930⑈

---

SUNTRUST BLT 09252009
ORLANDO, FL
662-915 M0303524
4700225778

LACK OF END GTD SUNTRUST BANK

DATE=06/26/2009 SEQUENCE=48644590
Account=1103043673 P/C=1250 Amount=$339.30

```
S.G. NORTH, LLC                                    MUTUAL BANK              1250
P.O. BOX 4225                                                               1250
NAPERVILLE, IL 60567-4225
                                                   70-311-719

***Three Hundred Thirty-Nine & 30/100 Dollars

                                                   DATE          AMOUNT
                                                   06/16/09      $339.30
PAY
TO THE
ORDER
OF      Genworth Life and Annuity Ins Co
        P.O. Box 79314                             Lorraine Cat[signature]
        Baltimore, MD  21279-0314                  AUTHORIZED SIGNATURE

"001250"  :071903110:  1103043673"        /00000033930/
```

SUNTRUST BLT 06/24/2009
OCALA, FL
5963-435
4800644590

LACK OF END GTO SUNTRUST BANK
CREDIT UNAVAILABLE TO PAYEE

Rx Date/Time    AUG-10-2011(WED) 08:24    From:Genworth Financial    43494858l9    08/10/2011 10:33    #029 P.011/027    P.011

DATE=03/23/2009 SEQUENCE=47541219
Account=1103043673 P/C=1200 Amount=$339.30

---

**S.G. NORTH, LLC**
P.O. BOX 4225
NAPERVILLE, IL 60567-4225

**Mutual Bank**
70-311-719

1200
1200

\*\*\*Three Hundred Thirty-Nine & 30/100 Dollars

DATE: 03/20/09
AMOUNT: $339.30

PAY TO THE ORDER OF
Genworth Life and Annuity Ins Co
P.O. Box 79314
Baltimore, MD 21279-0314

*Louraine Carter* (authorized signature)

⌧001200⌧ ⌧071903110⌧ 1103043673⌧      /00000033930/

SUNTRUST R.T 03232009
ORLANDO, FL
4159-015   M53303152(

4700541219

DATE=03/14/2007 SEQUENCE=47446210
Account=1103038025 P/C=10561 Amount=$339.30

| | | |
|---|---|---|
| SUMMIT EXPRESS, INC.<br>P.O. BOX 4255<br>NAPERVILLE, IL 60567-4255 | SECURITY BANK OF DUPAGE<br>NAPERVILLE/DOWNERS GROVE<br>70-930/719 | **10561**<br>10561 |
| ***Three Hundred Thirty-Nine & 30/100 Dollars** | | |
| | DATE<br>03/08/07 | AMOUNT<br>$339.30 |
| PAY TO THE<br>ORDER OF: Genworth Life & Annuity Ins Co<br>P.O. Box 79314<br>Baltimore, MD 21279-0314 | SUMMIT EXPRESS, INC.<br>[signature]<br>AUTHORIZED SIGNATURE | |

⑈010561⑈ ⑆071909305⑆ 110303=802=5⑈ ⑈0000033930⑈

4700446210



## Genworth Financial

Genworth Life Insurance Company

700 Main Street, PO Box 1280
Lynchburg, VA 24504
(888) 325-5433
(434) 948-5819 fax
www.genworth.com

Mary V. Barney
Associate General Counsel
(434) 948-5193

**VIA FACSIMILE (312) 332-4663**

August 5, 2011

Jeffrey J. Antonelli
Law Office of Jeffrey J. Antonelli, Ltd.
30 North LaSalle Street, Suite 3400
Chicago, Il 60602

    Re:    Citation to Discover Assets to a Third Party
            Thomas Adams v. Richard Catrambone and
            Great Lakes Building Materials, Inc.
            Richard Catrambone – Policy No. 8251769

Dear Mr. Antonelli:

    We are in receipt of your letter faxed today. We will request copies of premium payment checks from the bank. These are not maintained in our files and that is why they were not produced in response to the Citation. Please be aware, first, that checks will likely be available only for the past several years, at most. Second, the check copies will not be available by Monday.

    We have been notified that the copy of the Interrogatories sent to the Judgment Debtor is not deliverable as addressed. We cannot find another address. If you have an updated address, we would appreciate your providing it.

Very truly yours,

Mary V. Barney
Associate General Counsel

MVB/bc


Genworth
Financial

Genworth Life Insurance Company

700 Main Street, PO Box 1280
Lynchburg, VA 24504
(888) 325-5433
(434) 948-5819 fax
www.genworth.com

Mary V. Barney
Associate General Counsel
(434) 948-5193

**VIA FEDERAL EXPRESS**

August 4, 2011

Law Office of Jeffrey J. Antonelli, Ltd.
30 North LaSalle Street, Suite 3400
Chicago, Il 60602

Re: Citation to Discover Assets to a Third Party
Thomas Adams v. Richard Catrambone and
Great Lakes Building Materials, Inc.
Richard Catrambone – Policy No. 8251769

Dear Sir or Madam:

Enclosed is information responsive to your request sent to First Colony Life Insurance Company n/k/a Genworth Life and Annuity Insurance Company regarding Richard Catrambone, policy number 8251769. This policy is a term policy with no cash value. Therefore, no loans have been taken against the policy. Premiums are billed on a quarterly premium mode. The policy is in effect and paid to September 17, 2011.

No records were found for Lorraine Catrambone, Great Lakes Building Materials, Inc., Summit Express, Inc. or Summit Truck Leasing, Inc., with one exception. It appears that Great Lakes Building Materials has paid at least some premiums on the policy. That company is not the policy owner; Mr. Catrambone owns the policy.

Should you have any questions about the information provided, please contact my assistant, Barbara Campbell, at 434-948-5563.

Very truly yours,

Mary V. Barney
Associate General Counsel

MVB/bc
Enclosures