IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02 C 8700 |
| v. | ) | |
| | ) | Magistrate Judge Maria |
| RICHARD CATRAMBONE and | ) | Valdez |
| GREAT LAKES BUILDING | ) | |
| MATERIALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## TEMPORARY RESTRAINING ORDER

(a) The Court finds that the evidence provided by Plaintiff Thomas Adams, including the August 2006 assignment of interest in the Chicago Title and Trust No. 1105397 was acknowledged by Defendant Richard Catrambone in his deposition testimony made under oath on August 4, 2011 as an act he committed, demonstrating to this Court that Plaintiff has met his burden of showing a reasonable likelihood of success on the merits of his claim of fraudulent transfer as to Chicago Title and Trust No. 1105397, including but not limited to the residence located at 10756 Wentworth Drive, Naperville, Illinois.

(b) The Court finds that Plaintiff has provided evidence, including registration information from the records of the United States Department of Transportation Federal Motor Carrier Safety Administration, demonstrating that Richard Catrambone is Treasurer and Consultant to Sum Exp Inc.,

   directly contradicting his deposition testimony made under oath on August 4, 2011, demonstrating to his Court that Plaintiff has met his burden of showing a reasonable likelihood of success as to Sum Exp Inc. and SG North, LLC being owned by Richard Catrambone.

(c) The Court finds that the evidence presented by Plaintiff is sufficient to find that Plaintiff has met his burden of showing a reasonable likelihood of success as to Richard Catrambone's ownership of SG West, Inc. and Summit Express, Inc.

1. **A temporary injunction hereby issues against Richard Catrambone, Lorraine Catrambone, and Chicago Title Land Trust No. 1105397 dated 1/23/1998 as follows:**

    Richard Catrambone, Lorraine Catrambone, and Chicago Title Land Trust No. 1105397 dated 1/23/1998, and/or any agent, employee, or officer thereof, are prohibited from selling, encumbering, assigning any interest(s), disposing, or transferring, any property, including but not limited to:

     a. The residence located at 10756 Wentworth Drive, Naperville, Illinois;

     b. Property contained on or within the residence located at 10756 Wentworth Drive, Naperville, Illinois;

     c. Vehicles of any kind; and/or

     d. Cash, or cash equivalents

    **until further order of this Court.**

2. **A temporary injunction hereby issues against Richard Catrambone, Lorraine Catrambone, Sum Exp Inc., SG North, LLC, SG West, Inc., and Summit Express, Inc. as follows:**

   a. Richard Catrambone, Lorraine Catrambone, Sum Exp Inc., SG North, LLC, SG West, Inc., and Summit Express, Inc. and/or any agent, employee, or officer thereof, are prohibited from, except in the ordinary course of business, selling, encumbering, assigning any interest(s), disposing, or transferring, any property, including but not limited to:

      i. Vehicles of any kind; and/or

      ii. Cash, or cash equivalents

      **until further order of this Court.**

   b. Richard Catrambone, Lorraine Catrambone, Sum Exp Inc., SG North, LLC, SG West, Inc., and Summit Express, Inc. and/or any agent, employee, or officer thereof, are prohibited from, except in the ordinary course of business, causing or allowing any property, including but not limited to trucks, cars, cash, or cash equivalents, to be moved outside the State of Illinois **until further order of this Court.**

**SO ORDERED.**  **ENTERED:**

*[signature: Maria Valdez]*

**DATE:** September 22, 2011  _____

**HON. MARIA VALDEZ**
**United States Magistrate Judge**