**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOMAS ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) No.  02 C 8700 |
| RICHARD CATRAMBONE and | ) |
| GREAT LAKES BUILDING | ) Magistrate Judge Maria Valdez |
| MATERIALS, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

To: Richard Catrambone        Lorrain Catrambone
    10756 Wentworth Drive    10756 Wentworth Drive
    Naperville, IL 60564       Naperville, IL 60564

    **PLEASE TAKE NOTICE** that on June 4, 2013 at 10:15 a.m., or as soon thereafter as counsel shall be heard, we will appear before the Honorable Magistrate Judge Maria Valdez presiding in Room 1041, of the 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion to Lift Stay of Proceedings,** a copy of which accompanies this notice.

    I certify that on May 24, 2013, the foregoing Plaintiff's, Notice of Motion and Motion were filed electronically with the Court. Notice of this filing will be accomplished pursuant to ECF as to Filing Users and shall comply with Local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User. Parties may access this filing through the Court's system.


                                                                          By: *s/ Carlton Odim*
                                                                           Carlton Odim

Odim Law Offices
225 West Washington Street, #2200
Chicago, Illinois 60606
(312) 578-9390 - Tel
(312) 578-9395 - Fax
carlton@odimlaw.com