**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOMAS ADAMS, ) | |
|     Plaintiff, ) | |
| vs. ) | |
| ) | No. 02 C 8700 |
| RICHARD CATRAMBONE and ) | |
| GREAT LAKES BUILDING ) | Magistrate Judge Maria Valdez |
| MATERIALS, INC., ) | |
|     Defendants. ) | |

**PLAINTIFF'S MOTION TO RESET THE PRELIMINARY
INJUNCTION HEARING DATE**

    Plaintiff, by and through his attorneys, respectfully moves this Court to reset the preliminary injunction hearing date scheduled for October 2, 2013, and in support of this motion, states the following:

1. On August 20, 2013, this Honorable Court set the Preliminary Injunction hearing date for October 2, 2013.

2. However, Plaintiff's counsel hereby regretfully informs the Court that they are unable to attend the hearing set for October 2, 2013.

3. Plaintiff's counsel respectfully requests that this Court reset the hearing to another date, subject to the availability of the Court. Plaintiff proposes the following dates for the

rescheduled Preliminary Injunction hearing: November 5, 2013; November 7, 2013; or November 12, 2013.

WHEREFORE, Plaintiff respectfully requests that this honorable Court grant his Motion to Reset the Preliminary Injunction Hearing Date, and award any further relief that this Court deems just and proper.

                                                Respectfully Submitted,

                                                Thomas Adams

                                                By: s/Melissa Brabender_____
                                                Plaintiff's Attorney

Jeffrey Antonelli
Antonelli Law Ltd.
100 North LaSalle Street, Suite 2400
Chicago, IL  60602
Counsel for Plaintiff

Carlton Odim
Odim Law Offices
225 West Washington Street, #2200
Chicago, Illinois 60606
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on August 22, 2013, the foregoing Plaintiff's Notice of Motion and Motion were served upon the following parties via electronic filing. Notice of this filing will be accomplished pursuant to ECF as to Filing Users and shall comply with Local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User. Parties may access this filing through the Court's system.

TO: Ariel Weissberg
Weissberg & Associates
401 S. LaSalle St., Ste 403
Chicago, IL 60605
Attorney for Richard Catrambone, Great Lakes Building Materials, Inc., and Lorraine Catrambone

By: /sMelissa Brabender\_\_\_\_
Plaintiff's Attorney

Jeffrey Antonelli
Antonelli Law Ltd.
100 North LaSalle Street, Suite 2400
Chicago, IL 60602
Counsel for Plaintiff

Carlton Odim
Odim Law Offices
225 West Washington Street, #2200
Chicago, Illinois 60606
Counsel for Plaintiff