**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOMAS ADAMS,            ) | |
| ) | |
| Plaintiff,      ) | |
| vs.            ) | |
| ) | No.     02 C 8700 |
| RICHARD CATRAMBONE, et al.,   ) | |
| ) | Magistrate Maria Valdez |
| Defendants.      ) | |

**NOTICE OF MOTION**

To:    Ariel Weissberg
John Burke Wolf
Weissberg & Associates
401 South La Salle Street
Suite 403
Chicago, IL 60605-1014

**PLEASE TAKE NOTICE** that on September 26, 2013, or as soon a counsel shall be heard, we will appear before the Honorable Magistrate Judge Maria Valdez, presiding in room 1041 of 219 South Dearborn Street, Chicago, Illinois and present Plaintiff's Motion to File Reply Instanter, a copy of which accompanies this notice

I certify that on September 18, 2013, the foregoing Plaintiff's **Motion and Notice of Motion** was filed electronically with the Court. Notice of this filing will be accomplished pursuant to ECF as to Filing Users and shall comply with Local Rules as to any party who is not a Filing User or represented by a Filing User. Parties may access this filing through the Court's system.

By: *s/ Carlton Odim*
———————————————
Carlton Odim
Odim Law Offices
225 West Washington Street, #2200
Chicago, Illinois 60606
tel: (312) 578-9390
em: carlton@odimlaw.com