**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **THOMAS ADAMS,** | ) | Case No. 02-cv-8700 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Hon. Maria Valdez** |
| | ) | **Room 1041** |
| **RICHARD CATRAMBONE, et al.** | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATEMENT OF EXEMPTIONS**

NOW COMES Defendant, Richard Catrambone ("Defendant"), by his attorneys, Ariel Weissberg, and as his Statement of Exemptions, states as follows:

Catrambone claims exemptions in the following personal property:

A. Necessary wearing apparel, pursuant to 735 ILCS 5/12-1001(a): The value of this asset is approximately $1,000.00. Catrambone is claiming the full value as exempt.

B. Checking account at Republic Savings Bank (account number xxxx1867), pursuant to 735 ILCS 5/12-1001(b): The value of this asset is approximately $1,200.00. Catrambone is claiming the full value as exempt.

C. Miscellaneous household goods and furnishings, pursuant to 735 ILCS 5/12-1001(b): The value of this asset is $1,000.00. Catrambone is claiming the full value as exempt.

D. Personal property exemption in funds on hand, pursuant to 735 ILCS 5/12-1001(b): The value of this asset is approximately $280.00. Catrambone is claiming the full value as exempt.

E. 401(k) plan with Mass Mutual, pursuant to 735 ILCS 5/12-704. Catrambone is claiming the full value as exempt.

F. Proceeds of social security benefits received from the Government on deposit or to be deposited in Catrambone's account at Republic Savings Bank, account ending xxxx1808, or any other depository that Catrambone may designate for the deposit of his monthly social security benefits, pursuant to 42 U.S.C. § 407. The value is approximately $1,659.00 per month. Catrambone is claiming the full value as exempt.

G. Proceeds from pension received from Local 705 Pension 130830 on deposit or to be deposited in Catrambone's account at Republic Savings Bank, account ending xxxx1808, or any other depository that Catrambone may designate for the deposit of his monthly pension benefits, pursuant to 42 U.S.C. § 407. The value is approximately $532.89 per month. Catrambone is claiming the full value as exempt.

**RICHARD CATRAMBONE,** Defendant

By: /s/ Ariel Weissberg
One of his attorneys

Ariel Weissberg, Esq. (Attorney No. 03125591)
John B. Wolf, Esq. (Attorney No. 6287700)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL 60605
T. 312-663-0004
F. 312-663-1514

## **CERTIFICATE OF SERVICE**

  I, Ariel Weissberg, certify that on September 27, 2013, I caused to be served **DEFENDANT'S STATEMENT OF EXEMPTIONS** to the following parties by the court's ECF electronic filing system:

Carlton E. Odim, Esq.
Roger A. Malavia, Esq.
Shestokas, Raines, et al.
19 S. LaSalle St., Suite 1402
Chicago, IL 60603
carlton@odimlaw.com
ram@shestokas.com

Jeffrey J. Antonelli, Esq.
Law Office Of Jeffrey J Antonelli Ltd.
100 N. LaSalle Street, Suite 2400
Chicago, IL 60602
jeffrey@antonelli-law.com


Melissa Lynne Brabender, Esq.
Law Office of Jeffrey J. Antonelli, Ltd.
100 North LaSalle St., Suite 2400
Chicago, IL 60602
mlbrabender@gmail.com


       _____/s/ Ariel Weissberg_____
          **Ariel Weissberg**