**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Thomas Adams
                              Plaintiff,

v.                                              Case No.: 1:02−cv−08700
                                                         Honorable Maria Valdez

Richard Catrambone, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 2, 2013:

      MINUTE entry before Honorable Maria Valdez: Motion hearing held on 10/2/2013 and continued to 10/9/2013 regarding Defendant's Motion to Quash Citation to Discover Assets Issued to Republic Savings Bank [398]. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.